January 18, 2005

Mr. Marc O. Knisely
McGinnis Lochridge & Kilgore, L.L.P.
919 Congress Avenue, Suite 1300
Austin, TX 78701

Mr. Mike A. Hatchell
Locke Liddell & Sapp, LLP
100 Congress Ave., Suite 300
Austin, TX 78701
Mr. Shannon H. Ratliff
Ratliff Law Firm, P.L.L.C.
600 Congress Ave., Suite 3100
Austin, TX 78701

RE: Case Number: 01-0362
 Court of Appeals Number: 10-98-00244-CV
 Trial Court Number: 91-141-A

Style: TARRANT REGIONAL WATER DISTRICT
 v.
 BILLY HARDEN GRAGG, AS INDEPENDENT EXECUTOR OF THE ESTATE OF O. L.
 GRAGG, DECEASED, ET AL.

Dear Counsel:

 The Supreme Court of Texas has issued a revised opinion in the above
referenced cause.
 See enclosed red-line page and clean copy of the revised opinion.

 Encl:

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Ms. Sharri Roessler |
| |Ms. Janet Haydon |
| |Chappell |